# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 7:19-cr-05 |
| ) | |
| ) | By: Michael F. Urbanski |
| **KEVIN DALE HOLLINS,** ) | Chief United States District Judge |
| Defendant-Petitioner ) | |

## SCHEDULING ORDER

Petitioner Hollins, proceeding pro se, filed a motion for compassionate release under the First Step Act of 2018 on January 27, 2022. ECF No. 367.

In the interest of judicial economy, it is **ORDERED** as follows:

1. The Federal Public Defender (FPD) shall investigate whether petitioner has a valid claim for early release. The FPD is directed to file a response to this order **within twenty-eight days**, either by filing an amended motion for early release or by filing a notice indicating that she will not be pursuing an amended motion.

2. The government shall file a response to Petitioner's motion **within twenty-eight days** of the filing of the FPD's amended motion or notice to the court that she does not intend to file an amended motion.

3. The petitioner, whether pro se or represented by counsel, shall file any reply **within fourteen days** of the government's response.

It is so **ORDERED**.

Entered: 02/03/2022

Michael F. Urbanski
Chief United States District Judge