IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Docket No 7:19-cr-00005 |
| v. | ) |
| | ) |
| KEVIN DALE HOLLINS | ) |
| | ) |

## NOTICE OF NO SUPPLEMENTAL FILING

Mr. Hollins filed a *pro se* motion seeking compassionate release on January 27, 2022, and this Court appointed the Federal Public Defender's office to review his case. Counsel respectfully notifies the Court that counsel will not be supplementing Mr. Hollins' *pro se* motion, and asks the Court to allow Mr. Hollins to proceed *pro se*. By nothing in this filing, however, does counsel intend to detract from the merits of Mr. Hollins' motion.

Respectfully submitted,

KEVIN DALE HOLLINS

By Counsel

*/s/ Arin Melissa Brenner*
Arin Melissa Brenner
New York Bar No. 4990974
Assistant Federal Public Defender
210 First Street SW Ste 400
Roanoke VA 24011
(Tel) 540-529-2824
arin_brenner@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

*/s/ Arin Melissa Brenner*
Asst. Federal Public Defender